# UNITED STATES ARMY COURT OF CRIMINAL APPEALS

Before
MULLIGAN, FEBBO, and WOLFE
Appellate Military Judges

**UNITED STATES, Appellant**
v.
**Major TERRIEL R. COOKE**
**United States Army, Appellee**

ARMY MISC 20170519

Headquarters, U.S. Army Military District of Washington
Chad Sarchio, Military Judge
Colonel John P. Carrell, Staff Judge Advocate

For Appellant: Colonel Tania M. Martin, JA; Lieutenant Colonel Eric K. Stafford, JA; Captain Samuel E. Landes, JA; Captain Catharine M. Parnell, JA (on brief); Colonel Tania M. Martin, JA; Captain Samuel E. Landes, JA; Captain Catharine M. Parnell, JA (reply brief).

For Appellee: Major Brendan R. Cronin, JA; Mr. Philip D. Cave, Esquire; Captain Meghan E. Mahaney, JA (on brief).

21 November 2017

---------------------------------------------------------------------
SUMMARY DISPOSITION AND ACTION ON APPEAL
BY THE UNITED STATES FILED PURSUANT TO
ARTICLE 62, UNIFORM CODE OF MILITARY JUSTICE
---------------------------------------------------------------------

Per Curiam:

In this case we consider an appeal by the United States, under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862 (2012 & Supp. IV 2017). On consideration of the record and briefs submitted by the parties, we hold the government's appeal lacks merit. Accordingly, the appeal by the United States under Article 62, UCMJ is DENIED. The stay in the proceedings, ordered on 7 September 2017, of appellee's court-martial at Fort Belvoir, Virginia is lifted and the court-martial is permitted to proceed. *See* Rule for Courts-Martial 908(c)(3).



FOR THE COURT:

MALCOLM H. SQUIRES, JR.
Clerk of Court